FILED IN OPEN COURT
ON 7-22-2025 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:25-CR-35-FL-RJ-1

UNITED STATES OF AMERICA          )
                                   )
            v.                     )
                                   )      **INDICTMENT**
                                   )
BLACE ARTHUR NALAVANY              )
                                   )

The Grand Jury charges that:

## COUNT ONE

Beginning on or about January 26, 2025, and ending on or about January 27, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, BLACE ARTHUR NALAVANY, did knowingly receive visual depictions, that is, digital and computer images in files, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, the productions of the foregoing visual depictions involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## COUNT TWO

Beginning at a time unknown but no later than June 2, 2024 and continuing through on or about January 27, 2025, in the Eastern District of North Carolina and

elsewhere, the defendant, BLACE ARTHUR NALAVANY, did knowingly possess one or more matters, that is, computer hard drives and digital media, which contained any visual depiction that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and which was produced using materials which have been so mailed, shipped, and transported, the production of such visual depiction involved the use of a minor, including a prepubescent minor and minor who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**[Remainder of page intentionally left blank]**

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of one or more of the offenses set forth in Counts One through Two, BLACE ARTHUR NALAVANY, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to:

    a. External Hard Drive Easystore, seized on 1/27/25

    b. External Hard Drive, Seagate, seized on 1/27/25

    c. HP Desktop, seized on 1/27/25

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the

intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

A TRUE BILL.

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

Date: 22 Jur 25

DANIEL P. BUBAR
Acting United States Attorney

BY: KAREN K. HAUGHTON
Assistant United States Attorney