

# U. S. Department of Justice

**Daniel P. Bubar**
*Acting United States Attorney*
*Eastern District of North Carolina*

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

DATE: July 22, 2025

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Daniel P. Bubar
Acting United States Attorney

ATTN OF: Karen K. Haughton
Assistant United States Attorney

SUBJECT: United States v. Blace Arthur Nalavany
No. 4:25-CR-35-FL-RJ Western Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office