UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-cr-00035-FL-RJ

| UNITED STATES OF AMERICA | ORDER |
| --- | --- |
| v. | |
| BLACE ARTHUR NALAVANY | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend the Pretrial Motions Deadlines and to Continue the Arraignment and Trial. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is GRANTED.

Pretrial motions are due on January 8, 2026.

Responses to pretrial motions are due 14 days after service of such motions.

The motion to continue arraignment and trial is hereby GRANTED. Arraignment will be set for the February 10, 2026 term.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

This 6th day of November, 2025.

LOUISE W. FLANAGAN
United States District Court Judge