UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-cr-00035-FL-RJ

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| BLACE ARTHUR NALAVANY | |

This matter is before the Court on the Defendant's Unopposed Motion to Continue the Arraignment and Trial. Upon good cause shown, it is hereby ORDERED that the motion to continue arraignment and trial is hereby GRANTED.

Arraignment will be set for the __March 10, 2026__ term.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

This __22nd__ day of January, 2026.

LOUISE W. FLANAGAN
United States District Court Judge