FILED IN OPEN COURT
ON 7/10/2026 by mm

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISRICT OF NORTH CAROLINA
### EASTERN DIVISION
### NO. 4:25-CR-35-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SURRENDER** |
| | ) | |
| BLACE ARTHUR NALAVANY | ) | |

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now ORDERED:

The defendant, Blace Arthur Nalavany, surrender to the U.S. Bureau of Prisons by reporting:

☐ to the U.S. Marshal's Office, Raleigh, NC, as directed.

☐ to the U.S. Marshal's Office, Raleigh, NC, by _____ a.m./p.m. on
_____.

☐ to the designated institution before _____ a.m./p.m. on _____.

☒ when otherwise notified by the court or the U.S. Marshal's Service to report, but not sooner than ___70 days___.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to the office in the manner and at such times as directed.

7/10/2026
DATE

_Louise V. Flanagan_
LOUISE W. FLANAGAN
United States District Judge

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

_Blace R. Nalavany_
DEFENDANT

WITNESSED BY:

_Art W. Ph___
DEFENDANT'S ATTORNEY